AO91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

U.S. MAGISTRATE COURT
SDTX
FILED

MAR 3 0 2006

Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
Francisco Javier JAIME Orozco
Nuevo Laredo, Tamaulipas
United States

**CRIMINAL COMPLAINT**

Case Number: L-06- 606 MJ

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 29, 2006** (Date) in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas**, **Francisco Javier JAIME Orozco** defendant(s),

a United States Citizen, did unlawfully transport Mexican alien Ruben GONZALEZ Gonzalez and (1) other by means of a motor vehicle within the Southern District of Texas knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the
Official Title

following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant

**Gustavo Carmona**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**March 30, 2006**   at   **Laredo, Texas**
Date                      City and State

**Adriana Arce Flores**
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**United States of America**                                                                                         **Page 2**

vs

**Francisco Javier JAIME Orozco**

**[CONT OF BASIS OF COMPLAINT]**

On March 29, 2006, at the IH-35 Border Patrol Checkpoint near Laredo, Texas a service canine alerted to the presence of hidden people or narcotics in the trunk of Cadillac DeVille. a routine inspection of the Cadillac's trunk revealed that driver Francisco Javier Jaime Orozco a United States citizen was transporting 2 undocumented Mexican nationals including, Ruben Gonzalez Gonzalez. All subjects were arrested and read their rights.

Driver Jaime Orozco stated that he was giving the undocumented aliens a ride to San Antonio, Texas. He placed them in the trunk of the car to have a better chance at smuggling them passed the Border Patrol checkpoint He also stated that he was unaware if the trunk could be opened from the inside.

Material witness Gonzalez Gonzalez stated that they asked driver Jaime's for a ride to San Antonio, Texas and he agreed. Driver told them to get into the trunk of the car and they drove off. Material witness Gonzalez was not aware if the the trunk could be opened from the inside.