## ADRIANA ARCE-FLORES,
United States Magistrate Judge, Presiding

United States Magistrate Court
Southern District of Texas
FILED
MAR 3 0 2006
AAF
Michael N. Milby, Clerk
Laredo Division

| | | | |
|---|---|---|---|
| Deputy Clerk | Imelda Contreras | Open | 9:00 a.m. |
| Court Reporter | Sara Medellin, ERO | | |
| Court Interpreter | Ina Pool **(used)** | Adjourn | 10:00 a.m. |
| U.S. Pretrial | Nancy Lopez | | |
| U.S. Marshal | Corey Britt | | |

DATE **March 30, 2006**

Docket No. **5:06-MJ-606**

| | | |
|---|---|---|
| United States of America | § Mary Lou Castillo (on duty) | AUSA |
| vs | § | |
| **Francisco Javier Jaime Orozco**, Defendant | § | |

# Courtroom Minutes
## Initial Appearance

| | | |
|---|---|---|
| ✔ | | Initial appearance on **Criminal Complaint**. |
| ✔ | kia | Dft's first appearance. Dft. Advised of charges and rights. |
| | | Dft's **True Name** is [dft's true name]. Further proceedings to be in defendant's true name. |
| ✔ | kfinaff | FINANCIAL AFFIDAVIT, executed and filed. |
| ✔ | | Dft. requests appointed counsel. |
| ✔ | koapptpd | Federal Public Defender, appointed. |
| ☐ | k20appt | Private Attorney, appointed. Next on list: |
| ✔ | ko(bnd) | Bond set at **$75,000 C/S** |
| ✔ | kprlxm | Preliminary Examination set before Magistrate Judge Adriana Arce-Flores on **April 6, 2006 at 11:00 a.m.** |
| ☐ | kodtn | Detention Hearing set before Magistrate Judge Adriana Arce-Flores on. |
| ✔ | | Dft. advised Court of **medical condition**(s) or need(s): |
| ✔ | kloc | Dft. **remanded** to the custody of U.S. Marshals. |
| ☐ | | **Material Witness(es)** [docket#] [name] [docket#] [name] |

/bm