# ADRIANA ARCE-FLORES,
United States Magistrate Judge, Presiding

United States Magistrate Court
Southern District of Texas
FILED

MAR 3 0 2006

AAF
Michael N. Milby, Clerk
Laredo Division

| | | | |
|---|---|---|---|
| Deputy Clerk | Imelda Contreras | Open | 9:00 am |
| Court Reporter | Sara Medellin, ERO | | |
| Court Interpreter | Ina Pool ( used) | Adjourn | 10:00 am |
| U.S. Pretrial | Nancy Lopez | | |
| U.S. Marshal | Corey Britt | DATE | March 30, 2006 |

Docket No.  5:06mj606
**Material Witness Docket No. 5:06mj606**

| | | |
|---|---|---|
| United States of America | § Mary Lou Castillo(on duty) | AUSA |
| vs | § | |
| Francisco Javier Jaime Orozco, Defendant | § | |

## Courtroom Minutes
### Initial Appearance of Material Witness

| ✔ | | Initial appearance of **Material Witness, Ruben Gonzalez Gonzalez.** |
|---|---|---|
| | | MW's **True Name** is [MW true name].  Further proceedings to be in witness' true name. |
| ✔ | kia | Material Witness' first appearance.  Material Witness advised of rights. |
| ✔ | | Material Witness advised that no charges are pending and that Material Witness is detained as a witness in case number 5:06mj606 pending against Francisco Javier Jaime Orozco. |
| ✔ | kfinaff | FINANCIAL AFFIDAVIT, executed. |
| ✔ | | Material Witness waives appointed counsel. |
| | k20appt | Private Attorney, appointed.  Next on list: |
| ✔ | ko(bnd) | Bond set at  $5,000.00 cash or surety. |
| ✔ | | Material Witness advised Court of **medical condition(s)** or need(s): |
| ✔ | kloc | Material Witness **remanded** to the custody of U.S. Marshals. |

/ic