AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**Southern** DISTRICT OF **Texas**

United States Magistrate Court
Southern District of Texas
FILED

MAR 3 1 2006

AAF
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA

V.

Francisco J. Jaime Orozco

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: L-06 MJ 606

I, Francisco J. Jaime Orozco, charged in a (complaint)(petition) pending in this District with Transporting Aliens

in violation of Title ___8___ U.S.C. 1324(a)(1)(A)(ii)

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination)(hearing), do hereby waive (give up) my right to a preliminary (examination)(hearing).

3-30-06
Date

X _____
Defendant

_____
Counsel for Defendant