


United States Magistrate Court
Southern District of Texas
FILED
APR 1 1 2006
AAF
Michael N. Milby, Clerk
Laredo Division

# U. S. PRETRIAL SERVICES OFFICE
## MEMORANDUM

### LAREDO DIVISION

| | |
|---|---|
| **DATE:** | April 11, 2006 |
| **TO:** | Honorable Adriana Arce-Flores, U.S. Magistrate Judge |
| **FROM:** | Eloy Rivas, U.S. Pretrial Services Officer (ext. 1395) |
| **SUBJECT:** | Francisco Javier Jaime-Orozco Dkt#: L-06-MJ-606 Response to Motion to Amend Conditions of Release |

On March 30, 2006, the defendant appeared before Your Honor for his initial appearance based on a criminal complaint charging him with transporting undocumented aliens. Bond was set at $75,000 cash/surety.

On April 10, 2006, the defendant's attorney, Luis Antonio Figueroa, filed a motion to amend conditions of release. The defendant is requesting the Court modify the bond to $75,000 with a $1,000 cash deposit and one co-surety.

On April 10, 2006, the defendant's ex-wife, Erendira Jaime, and his sister, Patricia Jaime, corroborated his personal and family history. Erendira Jaime stated she was willing to sign as co-surety.

Re: Francisco Javier Jaime-Orozco
Dkt#: L-06-MJ-606
Response to Motion to Amend Conditions of Release

Pretrial Services received a copy of the motion on April 10, 2006 and does not oppose the defendant's request. It is respectfully recommended that the defendant's bond be modified to $75,000 with a $1,000 cash deposit and one co-surety. The following conditions of release are also recommended:

1. Reside a████████████████, ████████████████
2. Pretrial Services supervision.
3. Seek/maintain employment and provide proof to Pretrial Services.
4. Avoid contact with potential victim/witness in this case.
5. Travel restrictions as arranged by Pretrial Services. No travel into Mexico.
6. No excessive alcohol use.
7. Do not own, possess or purchase a weapon.

The Court (concurs /) does not concur with the recommendation.

_____
Adriana Arce-Flores
U.S. Magistrate Judge

4-11-06
Date

SUSPSO: