United States Magistrate Court
Southern District of Texas
FILED
APR 1 1 2006
AAF
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
APR 1 2 2006
Michael N. Milby, Clerk
Laredo Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | 06-mj-606 |
| FRANCISCO JAVIER JAIME OROZCO | § | |

## ORDER

The above Motion to Amend Conditions of Release having been presented to the Court,

it is hereby Ordered that the Motion to Amend Conditions of Release is hereby Granted.

SIGNED on this 11th day of April, 2006.

* See P.T.S. report.

_____
HON. JUDGE PRESIDING