United States Magistrate Court
Southern District of Texas
FILED

APR 1 1 2006

AAF
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

APR 1 2 2006

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | L-06-606MJ |
| FRANCISCO JAVIER JAIME OROZCO | § | |

### ORDER ON MOTION TO SUBSTITUTE COUNSEL

On April 11, 2006 the Court considered Movant Luis Antonio Figueroa's Motion to Substitute Counsel in which he asked the court to allow Federal Public Defender's withdrawal and the substitution of Luis Antonio Figueroa as attorney of record in this case.

The Court finds that the motion has merit and should be granted.

It is therefore ordered that Federal Public Defender is discharged as attorney of record, and Luis Antonio Figueroa is substituted as attorney of record for Francisco Javier Jaime Orozco.

All papers in this cause should hereafter be served on Luis Antonio Figueroa, State Bar Number: 06984200, at 1319 Convent, Laredo, TX 78040, Telephone Number: (956) 724-2889, Fax Number: (956) 724-2914.

Signed on April 11, 2006.

_____
JUDGE PRESIDING