UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION



United States District Court
Southern District of Texas
FILED
APR 2 5 2006
Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| FRANCISCO JAVIER JAIME-OROZCO | § | L-06-0655 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about March 29, 2006, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant,**

**FRANCISCO JAVIER JAIME-OROZCO,**

knowing and in reckless disregard of the fact that JUAN CASTANEDA-TORRES aka RUBEN GONZALEZ-GONZALEZ was an alien who had come to, entered and remained in the United States in violation of law, did transport and move such alien, in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324 and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

_____
GRACIELA R. LINDBERG
Assistant United States Attorney

MA