UNITED STATES DISTRICT COURT
For the SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Case No.: 5:06−cr−00655
　　　　　　　　　　　　　　　　　　　　　Judge Micaela Alvarez

Francisco Javier Jaime−Orozco

　　　　　　　　　　　Defendant

# NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Diana Saldana

**PLACE:**

Courtroom 3C
United States District Court
1300 Victoria St
Laredo, TX

**DATE:**　　5/4/06

**TIME:**　　09:00 AM

**TYPE OF PROCEEDING:**　　Arraignment

Date:　April 27, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael N. Milby, Clerk