

United States Magistrate Court
Southern District of Texas
FILED
APR 2 7 2006
AAF
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
APR 2 8 2006   MMM
Michael N. Milby, Clerk
Laredo Division

**Date:**     April 24, 2006

**To:**       Adriana Arce-Flores
              U.S. Magistrate Judge

**From:**     Eloy Rivas
              U.S. Pretrial Services Officer

**Subject:**  Ruben Gonzalez-Gonzalez, Dkt: L-06-MJ-606-99
              TN: Juan Castaneda-Torres
              Material Witness

**Re:**       Francisco Javier Jaime-Orozco, Dkt: L-06-MJ-606-01
              Principal

Ruben Gonzalez-Gonzalez, TN: Juan Castaneda-Torres, has been held as a material witness in the above mentioned case since March 29, 2006.

Pretrial Services contacted Irma G. Zavala who states she is an aunt to the material witness and is willing to co-sign on the material witness' bond. Ms. Zavala has been a permanent resident alien since February of 1988.

Pretrial Services recommends the following to assure the proper supervision of this material witness:

    1. A $5,000 unsecured bond, requiring a co-surety
    Co-surety:     Irma G. Zavala



C:\Documents and Settings\user\Local Settings\Temp\notes8B0720\~3802615.wpd
Last updated: April 27, 2006

**Ruben Gonzalez-Gonzalez, Dkt: L-06-MJ-606-99**
**TN: Juan Castaneda-Torres**
**Material Witness**

2. Immediate placement of the material witness in a halfway house in Laredo, Texas, upon the release from custody.

3. Once documentation is secured with Immigration and Naturalization Services, the material witness is to reside with the co-surety and obtain employment until the case of the principal has been disposed.

The Court (concurs) does not concur with the recommendation.

_____          4-27-06
Adriana Arce-Flores                  Date
U.S. Magistrate Judge

er
SUSPSO:

C:\Documents and Settings\user\Local Settings\Temp\notes8B0720\-3802615.wpd
Last updated: April 27, 2006