United States District Court
Southern District of Texas
FILED

APR 2 6 2006

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2006

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | L-06 cr 655 |
| VS. | § | L-06-mj-606 |
| FRANCISCO JAVIER JAIME OROZCO | § | |

## ORDER

The above Motion to Allow Defendant to Travel To Nuevo Laredo, Tamps having been duly considered by the Court is hereby Granted/~~Denied~~.

Signed on this the ____ day of ____, 2006.

_____
HON. JUDGE PRESIDING