

United States Magistrate Court
Southern District of Texas
FILED

APR 2 6 2006

AAF
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2006

Michael N. Milby, Clerk
Laredo Division

# U. S. PRETRIAL SERVICES OFFICE
# MEMORANDUM

## LAREDO DIVISION

**DATE:**       April 25, 2006

**TO:**         Honorable Adriana Arce-Flores,
                U.S. Magistrate Judge

**FROM:**       Eloy Rivas,
                U.S. Pretrial Services Officer (ext. 1395)

**SUBJECT:**    Francisco Javier Jaime-Orozco      *L-06cr 655*
                Dkt#:  L-06-MJ-606
                Response to Motion to Allow Defendant to Travel to
                Nuevo Laredo, Tamps., Mexico

---

The defendant has been on bond supervision since April 13, 2006 and has complied with all conditions of his release. A home visit has been conducted and the defendant has provided proof of employment. He is currently charged, by way of a criminal complaint, with transporting undocumented aliens.

On April 21, 2006, the defendant's attorney, Luis Antonio Figueroa, filed a motion to allow the defendant to travel to Nuevo Laredo, Tamps., Mexico. The defendant is requesting permission to travel to Mexico on Mondays, Wednesdays, and Fridays, for business needs and to visit with his allergy doctor.

Re: · Francisco Javier Jaime-Orozco
    Dkt#:  L-06-MJ-606
     Response to Motion to Allow the Defendant to Travel to Nuevo
     Laredo, Tamps., Mexico

Pretrial Services received a copy of the motion on April 24, 2006 and does not oppose the defendant's request.   It is respectfully recommended that the defendant be allowed to travel to Nuevo Laredo, Tamps., Mexico on Mondays, Wednesdays, and Fridays, from 12:00 p.m. until 8:00 p.m. for business needs and for doctor visits only.

The Court  (concurs /  **does not concur**  with the recommendation.

_____
Adriana Arce-Flores
U.S. Magistrate Judge

4-26-06
_____
Date

SUSPSO: