United States District Court
Southern District of Texas
FILED

MAY 0 3 2006

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2006

Michael N. Milby, Clerk
Laredo Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | CRIMINAL NO. L-06-0655 |
| Francisco Javier Jaime Orozco | |

### DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b) the Defendant, Francisco Javier Jaime Orozco affirms that he/she has been charged via indictment or misdemeanor information, has received a copy of the indictment or information, hereby pleads not guilty to the charges contained therein, requests a jury trial and waives appearance at the arraignment scheduled in this case for May 4, 2006.

Respectfully submitted, this 3 day of May, 2006.

_____
Signature of Defendant

_____
Attorney for Defendant

### ORDER

Based on the affirmations contained in the Defendant's Written Waiver of Arraignment above, the Court:

☑ accepts the Defendant's waiver, excuses his attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for _____.

☐ rejects the Defendant's waiver and requires him to attend the arraignment scheduled in this case.

DONE at Laredo, Texas, this 3rd day of May, 2006.

_____
JUDGE PRESIDING