

United States District Court
Southern District of Texas
FILED

MAY 0 3 2006

Michael N. Milby, Clerk
Laredo Division

MA - 1a
Transp

Jaime-Orozco
L-06-CR-655

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

MICHAEL N. MILBY
CLERK

1300 Victoria St.
Laredo, Texas 78040
(956) 723-3542

**ARRAIGNMENT:** May 4, 2006

### SCHEDULING ORDER

Deadline for filing of all pre-trial motions (including motions for discovery, suppression, etc.) is: May 15, 2006.
Deadline for filing any responses to same is: May 17, 2006.

**ANY MOTION FOR CONTINUANCE MUST BE FILED FIVE (5) DAYS BEFORE THE FINAL PRE-TRIAL.**

*All motions shall comply with **THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**, in particular, L.R.12.*

Final pre-trial conference is set for: **Transp Cases Wednesday, June 7, 2006 at 1:00pm**

before Judge **Adriana Arce-Flores** in Courtroom **2B**.

NOTE: You may also be summoned to appear on some date prior to the pre-trial conference, particularly if any filed motions require an evidentiary hearing. It is your responsibility to be here when called and to be sure that the Court has your valid current address and phone number.

**JURY SELECTION IS SET FOR:** Monday, June 12, 2006 at 9am  before Judge Alvarez in Courtroom 3B

*A PLEA OF GUILTY ENTERED ON THE DATE OF JURY SELECTION WILL RESULT IN ASSESSMENT OF COSTS AND NO CREDIT FOR ACCEPTANCE OF RESPONSIBILITY.*

**FAILURE TO APPEAR AS SCHEDULED MAY RESULT IN YOUR BOND BEING FORFEITED.**

*BY ORDER OF THE COURT.*

HON. MICHAEL N. MILBY, CLERK

By: *Angie Trevino*
Angie Trevino, Case Manager for
JUDGE MICAELA ALVAREZ
(956) 790-1364

P/Forms-Criminal:Scheduling Order-