IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
Southern District of Texas
FILED

JUN - 7 2006

AAF
Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | | Criminal Number: L06-655 |
| Francisco Javier Jaime Orozco | | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. PROC. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, Francisco J. Jaime Orozco, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 7 day of June, 2006.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney