UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Magistrate Court
Southern District of Texas
FILED

JUN - 7 2006

AAF
Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. L-06-655 |
| **FRANCISCO JAVIER JAIME OROZCO** | § § | |
| Defendant | § | |

## FACTUAL BASIS FOR GUILTY PLEA

TO THE HONORABLE COURT:

      The United States of America, by and through the United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney, and the Defendant and his counsel, hereby stipulate to the following:

I.

      If this case had proceeded to trial, the Government would have proved by legal and competent evidence that on March 29, 2006, Defendant drove a black Cadillac DeVille to the IH-35 checkpoint north of Laredo, Texas. A Border Patrol canine alerted to the trunk of the car, and when the trunk was opened, agents found two illegal aliens inside. Under rights advisement and waiver, Defendant admitted to knowingly transporting the illegal aliens but claimed he was doing it as a favor and not for financial gain.

      Defendant **FRANCISCO JAVIER JAIME OROZCO**, therefore confesses and judicially admits to knowingly, or in reckless disregard of the fact that an alien has come to enter

or remain in the United States in violation of law, transported such alien within the United States by means of a motor vehicle in furtherance of such violation of law.

II.

The Defendant and his counsel, having read the foregoing stipulation of facts, agree that these facts are true and correct and are approved by signing this document.

                            Respectfully Submitted,
                            DONALD J. DeGABRIELLE, JR.
                            UNITED STATES ATTORNEY

By:   ROBERT S. JOHNSON
       Assistant United States Attorney

APPROVED:

**FRANCISCO JAVIER JAIME OROZCO**
DEFENDANT

Date: 6/7/06

LUIS ANTONIO FIGUEROA
ATTORNEY FOR DEFENDANT

Date: 6/7/06