UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | CASE NO. L-06-CR-655 |
| **Francisco Javier Jaime Orozco** | § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 7, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 5th day of July, 2006.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE