|  |  |  |
|---|---|---|
| **BECKY BURKS**<br>CHIEF PROBATION OFFICER<br>515 RUSK AVE.<br>HOUSTON 77002<br><br>P. O. BOX 61207<br>HOUSTON 77208<br><br>Voice: (713) 250-5266<br>Fax  (713) 250-5092 | **UNITED STATES DISTRICT COURT**<br>SOUTHERN DISTRICT OF TEXAS<br>PROBATION OFFICE<br> | 600 EAST HARRISON STREET<br># 103<br>BROWNSVILLE 78520-7122<br><br>1133 N SHORELINE<br>SUITE 124<br>CORPUS CHRISTI 78401<br><br>POST OFFICE BOX 3636<br>ALICE 78333-3636<br><br>1300 VICTORIA STE 2111<br>LAREDO TEXAS 78040<br><br>POST OFFICE BOX 2670<br>GALVESTON 77553-2670<br><br>1701 WEST BUSINESS 83, SUITE 729<br>McALLEN 78501-5159 |

Reply to: Laredo
Voice: (956) 726-2255
Fax:    (956) 726-2915

1665 EAST SAN BENITO STREET
RIO GRANDE CITY 78582-3401

POST OFFICE BOX 125
VICTORIA 77902-0125

August 22, 2006

United States District Court
Southern District of Texas
FILED

AUG 2 3 2006

Michael N. Milby, Clerk

Mr. Luis A. Figueroa
1319 Convent
Laredo, Texas 78040
(956) 724-2889

RE:  JAIME-OROZCO, FRANCISCO JAVIER
DKT. NO. 5:06CR00655-001

Dear Mr. Figueroa:

The Presentence Report on the above-named defendant with an original Court disclosure date of 7/12/2006 is now complete.  The new disclosure date is 8/22/2006.  Counsel shall communicate in writing any objections to the Pre-sentence Report within 14 calendar days, or by  9/5/2006.

Sentence Date: 9/21/2006

Sincerely,

*Sara Trujillo*
U. S. Probation Office

SLT/car

cc:    Attorney
       Assistant U. S. Attorney's Office
       District Clerk (original)

Counsel notified by telephone on____August 22, 2006_____

Person spoken to:___Becky_____