**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v.                                                                                  Case No.: 5:06−cr−00655
                                                                                    Judge Micaela Alvarez

Francisco Javier Jaime−Orozco
                                            Defendant

## NOTICE OF RE−SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Micaela Alvarez

**PLACE:**

Courtroom 3B
United States District Court
1300 Victoria St
Laredo, TX

**DATE:**     12/18/06

**TIME:**     09:00 AM

**TYPE OF PROCEEDING:**     Sentencing

Date:   September 13, 2006

                                                                        Michael N. Milby, Clerk