**FILED**

U.S. PRETRIAL SERVICES AGENCY
LAREDO DIVISION

06 DEC 14 PM 3: 12

U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

MEMORANDUM

DATE: December 14, 2006

REPLY TO
ATTN OF: Julio Taboada,
U.S. Pretrial Services Officer

SUBJECT: Address Change

TO: U.S. District Clerk's Office

---

Pretrial Services learned that the defendant has a new address:

Defendant: <u>Francisco Javier Jaime-Orozco</u>

Criminal Dkt#: <u>L-06-CR-00655</u>

New Address: ███████████

Phone: ███████████

jt