United States District Court          Southern District of Texas

United States District Court
Southern District of Texas
FILED
FEB 0 8 2007
Michael N. Milby, Clerk

ORDER TO DISBURSE CASH BOND

United States District Court
Southern District of Texas
ENTERED
FEB 1 3 2007
Michael N. Milby, Clerk
Laredo Division

| Criminal Action<br>5:06-CR-606M-1<br>5:06-CR-655-1 | Termination Date<br><br>DECEMBER 18, 2006 | Division<br><br>LAREDO |
|---|---|---|
| Depositor's Name & Address<br>LUIS A. FIGUEROA (1)<br>1319 CONVENT<br>LAREDO, TEXAS 78040 | | |
| Amount Deposited<br><br>$1,000.00 | Defendant's Name<br><br>FRANCISCO JAVIER JAIME-OROZCO | |

    This cash deposit having been made to secure the defendant's bond and the case having been terminated, the clerk is ordered to issue a registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed _____, 2007.

_____
United States District Judge

*Approved.*
United States District Clerk

By: _____
    Criminal Deputy Clerk

By: _____
    Mary R. Montoya, Financial Deputy Clerk
    1/31/2007

No objection.
United States Attorney

By: _____
    Assistant U.S. Attorney