# UNITED STATES GOVERNMENT
# MEMORANDUM

U.S. MAGISTRATE COURT
DS – SDTX
FILED

**JUN 20 2007**

Michael N. Milby, Clerk
Laredo Division

| | |
|---|---|
| **To:** | Honorable Micaela Alvarez<br>United States District Judge |
| **From:** | Laura I. Escobar<br>United States Probation Officer |
| **Subject:** | Francisco Javier Jaime- Orozco<br>Docket # 5:06CR00655-01<br>**Travel Request to Honduras** |
| **Date:** | June 15, 2007 |

On December 18, 2006, the defendant appeared before your Honor and plead guilty to the offense of Transporting an undocumented alien within the United States by means of a motor vehicle in violation of 8 U.S.C. § 1324(a)(1)(B)(ii). Mr. Jaime-Orozco was sentenced to a three year term of supervised probation, 75 hours community service to be completed within the first two years and $100 special assessment.

Mr. Jaime-Orozco is being supervised by USPO Escobar. He reports on a monthly basis to the Probation Office and continues to hold two self employment businesses verified by the Probation Office. The defendant has satisfied his special assessment and has completed over twenty hours of community services.

Mr. Jaime-Orozco is married to Idania Suyapa Conteras-Calles, a Honduran Citizen. Ms. Conteras-Calles is in Honduras pending a final Immigration Visa hearing from the United States Embassy.

The final court hearing is scheduled for July 9, 2007, in Tegucigalpa, Honduras. At this time Mr. Jaime-Orozco is requesting the Court's approval to travel to Honduras in order to be present for the final hearing. If travel is approved, Mr. Jaime-Orozco plans to leave on June 20, 2007 and return July 16, 2007.

At this time, the Probation Office is recommending for travel to be granted, as the defendant has been compliant with his the terms of supervised probation. Should you have any questions, please contact me at 956 523-8509.

The Court:

( ✓ ) Concurs ( ) does not concur with recommended action.

_____
~~Micaela Alvarez~~, U.S. ~~District~~ Judge
Diana Saldaña  Magistrate
6/20/07
Date

Approved by:                                         Respectfully Submitted:

Peter Medellin                                       Laura I. Escobar
Supervising Probation Officer                        United States Probation Officer