United States District Court
Southern District of Texas
FILED

JUN 2 0 2007

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2007

Michael N. Milby, Clerk
Laredo Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § | |
| VS. § | CRIMINAL NO. L-06-655-01 |
| § | |
| FRANCISCO JAVIER JAIME-OROZCO § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is REFERRED to Magistrate Judge Diana Saldaña for the following purpose(s):

( )   Plenary pre-trial handling.

(✔)   **Ruling** on Non-dispositive motion(s).

( )   **Findings of Fact and Recommendations of Law** on dispositive motion(s).

Probation's Travel Request to Honduras

DONE at Laredo, Texas, this 20th day of June, 2007.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

(P:/ ... Order of Reference to Magistrate Judge Arce (Rev 08/05)

```
** Transmit Conf. Report **
P.1                                    Jun 20 2007 15:30
```

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 97941027 | NORMAL | 20,15:30 | 0'17" | 2 | # O K | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| VS. § § | CRIMINAL NO. L-06-655-01 |
| FRANCISCO JAVIER JAIME-OROZCO § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is REFERRED to Magistrate Judge Diana Saldaña for the following purpose(s):

( ) Plenary pre-trial handling.

(✔) **Ruling on Non-dispositive motion(s).**

( ) **Findings of Fact and Recommendations of Law** on dispositive motion(s).

Probation's Travel Request to Honduras

DONE at Laredo, Texas, this 20th day of June, 2007.